

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 12, 2021

**BY ECF**

The Honorable Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

The Clerk of Court is respectfully directed to terminate Mr. Zolkind as counsel for the Government.

SO ORDERED.

*/s/ Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

1/12/21

Re:   *United States v. Mondu Allah, et al.*, 15 Cr. 509 (CS)

Dear Judge Seibel:

Please be advised that I am leaving the United States Attorney's Office for other employment. Accordingly, please remove me as counsel of record in the above-captioned case. Thank you very much for the Court's consideration.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:   /s Douglas S. Zolkind
Douglas S. Zolkind
Assistant United States Attorney
(212) 637-2418